LAW OFFICES
# LAZZARO LAW FIRM, P.C.
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE: (718) 488-1900
TELECOPIER: (718) 488-1927
EMAIL:LAZZAROLAW@AOL.COM

LANCE LAZZARO
RANDALL LAZZARO *

JAMES KILDUFF * JAMES
KIRSHNER ROGER
GREENBERG

* ADMITTED IN NY & NJ

April 26, 2019

**sent via ECF**
Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: **United States v. Zeyad Hassan et al**
**Criminal Docket No.: 18-cr-00462-RJD**

Dear Judge Dearie:

    As your Honor is aware, this firm represents Mr. Zeyad Hassan with regards to the above referenced matter. At this time we respectfully submit this letter to request that the status conference currently scheduled for May 3, 2019 be adjourned to June 7, 2019, which is a date that is convenient for all counsel and the Government. We further respectfully request that the Court continue to exclude time for purposes of the Speedy Trial Act, for the purposes of counsel and their clients to continue to review discovery, and possible plea negotiations. My office has spoken with co-counsel and AUSA James McDonald and they join in on this request.

Very truly yours,
LAZZARO LAW FIRM , P.C.

BY: _____/s/_____
Lance Lazzaro, Esq.

cc: Mark Cossuto, Esq. (attorney for Maged Hassan) via email, Mildren Whalen, Esq. (attorney for Khaled Alhaj) via email and AUSA James McDonald via email